UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TERRY M. WALKER,**

   **Petitioner,**

**v.**                                                          Case No: 5:23-cv-469-WFJ-PRL

**SECRETARY DEPARTMENT OF CORRECTIONS,**

   **Respondent.**
_____/

**ORDER**

Petitioner initiated this action on July 31, 2023, by filing a *pro se* Petition Under 28 U.S.C. § 2254 (Doc. 1). The Court entered an Order on November 14, 2023, directing Petitioner to file his amended petition on or before November 22, 2023.[1] (Doc. 8). Petitioner was further directed to file a completed Financial Certificate on or before November 22, 2023. *Id*. Petitioner was warned that failure to comply within the allotted time may result in dismissal of this action without further notice. *Id*. As of the date of this Order, Petitioner has failed to submit his amended petition, has failed to submit a completed Financial Certificate, and has not requested additional time in which to do so.

ACCORDINGLY, it is hereby

---

[1] Petitioner's motion to amend his petition was previously granted (Doc. 6) and he was permitted additional time to submit his amended petition, *see* Docs. 7, 8.

**ORDERED:**

1. This case is **DISMISSED** without prejudice for failure to comply with a Court order and failure to prosecute.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on November 30, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party