UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TERRY M. WALKER,

    Petitioner,

v.                                            Case No: 5:23-cv-469-WFJ-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

**ORDER**

Petitioner initiated this case by filing a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, Doc. 1, and proceeded on his amended petition (Doc. 11). On May 14, 2025, the Court dismissed the amended petition and denied a certificate of appealability. (Doc. 33). Judgment was entered on May 15, 2025. (Doc. 34). Pending before the Court is Petitioner's Motion for Certificate of Appealability. (Doc. 35). Upon due consideration, and for the reasons stated in the Court's May 14, 2025 Order, Petitioner's Motion for Certificate of Appealability (Doc. 35) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Unrepresented Party